IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10cr039 |
| | ) | |
| | ) | JUDGE HAYNES |
| DVONNE K. HOWARD | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Dvonne K. Howard's motion to suppress (Docket Entry No. 16) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _2nd_ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge